UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADAM SCOTT ARNOLD,** : | Civil No. 4:24-CV-1441 |
| **Plaintiff,** : | |
| v. : | **(Magistrate Judge Carlson)** |
| **FRANK BISIGNANO,**[1] : **Commissioner of Social Security,** : | |
| **Defendant.** : | |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that the plaintiff's request for a new administrative hearing is GRANTED, the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security and this case be CLOSED.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

So ordered this 26th day of August 2025.

                                                <u>*S/Martin C. Carlson*</u>
                                                Martin C. Carlson
                                                United States Magistrate Judge